Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

JUN - 8 2017

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Anthony Enno<br><br>_____<br>Defendant | DISTRICT OF NORTH DAKOTA<br><br>Case No.   1:17-cr-129-1 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Anthony Enno   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting

Date:   06/08/2017

/s/ Christy Davis
*Issuing officer's signature*

City and state:   Bismarck, ND

Christy Davis, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/08/17, and the person was arrested on *(date)* 06/12/17
at *(city and state)* New Town, ND.

Date: 06/13/17

_____
*Arresting officer's signature*

SPcSM Sean Walker
*Printed name and title*