IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ANTHONY ENNO,<br><br>　　　　Defendant. | Case No. 1:17-cr-129-01<br><br>UNITED STATES' SENTENCING MEMORANDUM |

　　　The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, has no objections or corrections to the Pre-Sentence Investigation Report in this case.

　　　Dated this 30th day of November, 2018.

　　　　　　　　　　　　　　　　　　CHRISTOPHER C. MYERS
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　By:　　*/s/ Rick L. Volk*
　　　　　　　　　　　　　　RICK L. VOLK
　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　P. O. Box 699
　　　　　　　　　　　　　　Bismarck, ND  58502-0699
　　　　　　　　　　　　　　(701) 530-2420
　　　　　　　　　　　　　　N.D. Bar Board ID No. 04913
　　　　　　　　　　　　　　Attorney for United States

1