PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Michael Anthony Enno          Case Number:  0868 1:17CR00129

Name of Sentencing Judicial Officer:  Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  June 10, 2019

Original Offense:      Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:     Time Served followed by two years supervised release

Type of Supervision: TSR          Date Supervision Commenced:  6/10/2019

Asst. U.S. Attorney: Rick L. Volk       Defense Attorney: Jackson J. Lofgren

---

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances that impair your physical or mental functioning.** On December 19, 2019, Mr. Enno provided a urine sample that tested positive for methamphetamine and he admitted to using the substance. |
| 2. | **You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test.** Mr. Enno failed to report to the Bismarck Transition Center to provide a urine sample as scheduled on multiple occasions. |

PROB 12C
(Rev. 2/13)
Enno, Michael
0868 1:17CR00129

3. **You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances that impair your physical or mental functioning.** On June 3, 2020, Mr. Enno admitted to using methamphetamine and heroin on multiple occasions.

4. **You must not commit another federal, state or local crime.** On June 3, 2020, Mr. Enno admitted to drinking alcohol to intoxication and being under the influence of heroin, driving his car into a light pole and fleeing the scene of the accident on June 2, 2020.

5. **After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.** On June 16, 2020, Mr. Enno failed to report to the U.S. Probation office as instructed.

U.S. Probation Officer Recommendation: Mr. Enno's current whereabouts are unknown. It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if he has violated the terms and conditions of his supervised release.

☒ The term of supervision should be:

　　☒ Revoked.

　　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2020

/s/ Tara Moszer
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

PROB 12C
(Rev. 2/13)
Enno, Michael
0868 1:17CR00129

_____
Signature of Judicial Officer

30 June 2020
_____
Date