PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Michael Anthony Enno            Case Number:   0868 1:17CR00129

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Senior U.S. District Court Judge

Date of Original Sentence:  June 10, 2019

Original Offense:       Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:      Time served followed by two years supervised release

        Revocation September 8, 2020: Ten months incarceration followed by 12 months supervised release

Type of Supervision: TSR            Date Supervision Commenced:  6/16/2021

Asst. U.S. Attorney: Rick L. Volk         Defense Attorney: Christopher Bellmore

---

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. **On July 28, 2021, Mr. Enno provided a urine sample that tested positive for methamphetamine in which he admitted to using.** |
| 2. | Standard Condition #8: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.  **Mr. Enno had ongoing contact with Britny Wehri, who is also on federal supervision, without first getting permission from his probation officer, and continued contact despite being given multiple instructions not to do so from his probation officer.** |

PROB 12C
(Rev. 2/13)
Enno, Michael
0868 1:17CR00129

3.     Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. **On February 22, 2022, Mr. Enno admitted to using methamphetamine.**

4.     Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. **Throughout the month of March 2022, Mr. Enno admitted to using methamphetamine and marijuana on multiple occasions.**

5.     Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. **On March 14th, March 15th, March 25th, and March 28th, 2022, Mr. Enno failed to report to the U.S. Probation Office as instructed.**

6.     Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. **On April 4, 2022, Mr. Enno provided a urine sample that tested positive for methamphetamine and marijuana in which he admitted to using.**

7.     Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. **Mr. Enno failed to report to the U.S. Probation Office as instructed on April 11, 2022, April 18, 2022, and April 20, 2022.**

8.     Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. **On April 21, 2022, Mr. Enno admitted to using methamphetamine on multiple occasions.**

9.     Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. **On May 6, 2022, Mr. Enno failed to report to the U.S. Probation Office as instructed.**

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if he has violated the terms of his supervision.

☒   The term of supervision should be:

    ☒   Revoked.

    ☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 11, 2022</u>

/s/ Tara Moszer
U.S. Probation Officer

PROB 12C
(Rev. 2/13)
Enno, Michael
0868 1:17CR00129

THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

11 May 2022
_____
Date